IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 18 T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. |
| | ) | In Violation of |
| LOUIS C. SILVA | ) | 18 U.S.C. §§ 371, 1621 |
| | ) | and 2 |

**INDICTMENT**

**COUNT I**

The Grand Jury charges:

That sometime between on or about December 18, 2003, to on or about September 8, 2004, in the District of Rhode Island, the Defendant, LOUIS C. SILVA, and an individual known to the Grand Jury, did knowingly, intentionally and willfully combine, conspire, confederate and agree with each other to commit an offense against the United States, to wit, perjury before the United States Bankruptcy Court for the District of Rhode Island by testifying falsely about a material matter, that is concerning the purchase and ownership of certain vending machines which were then the subject of an investigation by the Trustee for the United States Bankruptcy Court for the District of Rhode Island, in violation of 18 U.S.C. § 1621.

OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following Overt Acts, among others, were committed in the District of Rhode Island;

1. On or about March 29, 2004, said person known to the Grand Jury testified under oath before a Trustee for the United States Bankruptcy Court for the District of Rhode Island that the Defendant, LOUIS C. SILVA, was the owner of the aforementioned vending machines and that he, the person known to the Grand Jury, never owned them.

2. On or about September 8, 2004, the Defendant, LOUIS C. SILVA, testified under oath before the United States Bankruptcy Court for the District of Rhode Island that he, the Defendant, was the owner and purchaser of the aforementioned vending machines.

All in violation of 18 U.S.C. § 371.

COUNT II

The Grand Jury further charges:

On or about the 8th day of September, 2004, in the District of Rhode Island, the Defendant, LOUIS C. SILVA, having taken an oath in a case in which a law of the United States authorizes an oath to be administered, during an investigation duly authorized by the United States Trustee for the United States Bankruptcy

Court for the District of Rhode Island, did willfully and knowingly and contrary to said oath, state material matter which he did not believe to be true, that is to say:

At the time and place aforesaid, the United States Trustee for the District of Rhode Island was conducting an investigation to determine the purchase of and ownership of certain vending machines in relation to a petition for bankruptcy filed by an individual known to the Grand Jury. It was material to the aforesaid investigation to determine whether said individual known to the Grand Jury had ever purchased and/or owned said vending machines.

At the time and place aforesaid, the Defendant, LOUIS C. SILVA, appeared as a witness before the United States Bankruptcy Court for the District of Rhode Island and then and there being under oath as aforesaid, testified falsely during said proceeding with respect to the aforesaid material matter as follows:

"Q". Did you ever see any vending machines?

"A". <u>Actually, those vending machines, actually they were mine.</u>

. . .

"Q". So when did you buy these vending machines?

"A". <u>About two years ago . . .</u>

"Q". How much did it cost?

"A". <u>About $500 apiece.</u>

"Q". And who did you buy them from?

"A". I bought them off some guy in the newspaper . . .

. . .

"Q". So how many vending machines did you actually purchase?

"A". It's five . . .

The aforesaid underscored testimony of the Defendant, LOUIS C. SILVA , as he then and there well knew and believed, was false in that in January, 2003, said individual known to the Grand Jury, not the Defendant, did in fact purchase said vending machines from William T. Pierce and said individual known to the Grand Jury owned and possessed said vending machines on or about September 8, 2004.

All in violation of 18 U.S.C. § 1621.

A TRUE BILL:

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney
DATE: 2/1/06