AO 458 (Rev. 10/95) Appearance

# United States District Court

*District of Rhode Island*

USA

v.

Louis Silva

APPEARANCE

CASE NUMBER: CR06-18T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Louis Silva

I certify that I am admitted to practice in this court.

2-9-06
*Date*

[signature]
*Signature*

Thomas G. Briody 4423
*Print Name* *Bar Number*

72 Pine St
*Address*

Prov. RI 02903
*City* *State* *Zip Code*

751-5151 331-7454
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.