IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. 06-018T
:
LOUIS SILVA :

**MOTION TO SEEK LEAVE OF COURT TO DISMISS COUNT 2 OF INDICTMENT**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States seeks leave of Court to dismiss Count 2 of the above-referenced Indictment against defendant Louis Silva.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov

## CERTIFICATION OF SERVICE

On this 10th day of January, 2007, I caused the Motion to Seek Leave of Court to Dismiss Count 2 of Indictment to be filed a electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Thomas Briody, Esquire
72 Pine Street, 1st FL
Providence, RI 02903

Notification by first class mail, postage prepaid:

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov