IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. 06-018T |
| | : | |
| LOUIS SILVA | : | |

**ORDER**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States seeks leave of Court to dismiss Count 2 of the above-referenced Indictment as it relates to defendant Louis Silva.

Leave of court is granted for the filing of the foregoing dismissal of Count 2 and said Count 2 is dismissed against defendant Louis Silva.

BY ORDER:

__________________________
DEPUTY CLERK

ENTER:

________________________________________
ERNEST C. TORRES
SENIOR UNITED STATES DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT

DATE: __________________________________